**Opinion issued July 23, 2019**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-19-00132-CV

—————————————

**CITY OF HOUSTON, Appellant**

**V.**

**SHIRLEY JOHNSON, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-31340**

---

## MEMORANDUM OPINION

Appellant, the City of Houston, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.